IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

GREGORY GILLILAN, Founder and )
President of CUSS-Convicts United Stand )
Strong, )
                                   )
        Plaintiff, )
                                   )
    v. )        CV 106-184
                                   )
VICTOR WALKER, Warden, et al., )
                                   )
        Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this action is **DISMISSED** without prejudice as a sanction for abuse of the judicial process.

SO ORDERED this 15 day of March, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE